324 S.W.3d 778 (2010)
STATE of Missouri, Respondent,
v.
Bruce D. JAMES, Appellant.
No. WD 71759.
Missouri Court of Appeals, Western District.
November 23, 2010.
Ellen H. Flottman, Columbia, MO, for Appellant.
Shaun J. Mackelprang, Jefferson City, MO, for Respondent.
*779 Before JAMES EDWARD WELSH, P.J., MARK D. PFEIFFER, and KAREN KING MITCHELL, JJ.

ORDER
PER CURIAM:
Bruce D. James appeals the circuit court's judgment convicting him of felonious restraint. We affirm. Rule 30.25(b).